UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY HANSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-280-RSL-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 18.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. On remand, the Administrative Law Judge ("ALJ") shall: 1) further consider the opinions of Dr. Partlow-Lohse (Tr. 474-478), Dr. Czysz (Tr. 507-514), and Ms. Massey (Tr. 519-524); 2) further consider

1    plaintiff's residual functional capacity; and 3) obtain supplemental vocational expert evidence to

2    clarify the effect of the assessed limitations on plaintiff's occupational base.

3        A proposed order accompanies this Report and Recommendation.

4        DATED this 25th day of July, 2013.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2